A.C

**FILED**
AUG 29 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

Ayo Dunn, #20181017024
Plaintiff

Case No: 19 C 553

vs.

Judge Charles R. Norgle, Sr.

Sergeant Spears,
Defendant

## MOTION FOR DISCOVERY

Here comes the Plaintiff Ayo Dunn, asking for the Defendant to turn over the full Discovery available to him at this time. Plaintiff is prose, and asking for the Defense to send everything that the Defense have at this time.

Respectfully submitted
Ayo Dunn  Prose #20181017024
P.O. Box 089002
Chicago IL 60608

Signed this 21st day of August, 2019.
Notary: D.K. Freeman

"OFFICIAL SEAL"
D K FREEMAN
Notary Public, State of Illinois
My Commission Expires 10/21/2020

Name: AYO DORN
ID#: 2018 1017024
Div.: 8  Tier: 3-F
P.O. Box 089002
Chicago, IL 60608



08/29/2019-3

2019 AUG 29 AM 8:3[?]

LEGAL MAIL



NEOPOST
08/22/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL



ZIP 60608
041M11297257

Prisoner Correspondence
U.S. District Court
Clerk's office
219 South DearBorn Street 20# Floor
Chicago, IL 60604

60604-184023