UNITED STATES DISTRICT COURT
NORThern District of ILLiNois
Eastern Division

| | |
|---|---|
| Ayo Dunn<br>Plaintiff<br><br>VS<br><br>Sergeant Spears | CASE NO: 19C553<br><br>JUDge: Charles R. Norgle Sr.<br>magistrate: Maria Valdez |

FILED NOV 26 2019 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Status Concerning a Settlement attorney

On November 5, 2019, I got a Phone Call from Antonio Lee, assistant State's attorney. When we talked, He asked me what will I take to Settle this case out.
I wrote Him Back, INforming Him that i Do not understand this process and that I will get Back with Him on another Day. This attorney is aware that I'm not a Settlement attorney or a attorney at all. I Have No knowlege of How this process takes place. I Do not know How to Nagotiate Because i Don't know what i Should Be Nagotiate or Determine the amount of Damages that should Be awarded to Me Because i Substaned a Life Long Injury's. (with that Be said). Came you please inform me on the Status on me getting a Court appointed attorney. I have Been unsuccessful in finding a attorney on my own. also every time it's time for me to Have a status Confrance call, for some reason it get cancoled and

I never get a chance to inform The court to what's going on with this matter, Like I've Been Calling the state's attorney office to talk about what ever i think i need to talk about an He will not ~~answer~~ answer the Pre-Payed call when i call. I truely Beleave that if i Had a attorney, things will move along alot faster and with Less stress and this point of the suit. Please Judge I need a attorney at this point.

Came you please send me the status on this matter a.s.a.p

I'm allso sending you a copy of the Letter that i sent to the Defendent(s)



Name: Ayo Dunn
ID#: 20181017024
Div.: 8    Tier: 3-C
P.O. Box 089002
Chicago, IL 60608

2019 NOV 26   AM 8:26

Prisoner Correspondence
U.S. District Court
Clerk's office
Chicago, Ill 60604

NEOPOST
11/19/2019
US POSTAGE $000.50⁰
ZIP 60608
041M1297257