P6

In The United States District Court, Northern District
of Illinois, Eastern Division

**FILED**

Ayo Dunn, Plaintiff,

JAN 1 7 2020 7b

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.                              Case No. 19 C 0553

Sergeant Spears, et al. Defendant

Motion For Appointment of Counsel

Now comes plaintiff, Ayo Dunn, pro se' before the
Honorable Court to humbly request that the Court
appoints counsel to represent plaintiff in this
action. In support of this motion plaintiff states
the following.

1. This Honorable Court has granted plaintiff
leave to proceed as a poor person in this case.
As a poor person, plaintiff is without financial
resources to retain a lawyer to represent him.

2. Plaintiff is extremely limited in his abilities
to cope competently litigate this case. Plaintiff
reading and comprehesion levels is below the
the equivalence of the 10th grade

1 of 4

3. Plaintiff has been unsuccessful in his efforts to obtain private counsel to take on this case on a pro bono basis. Plaintiff has written several attorneys, whom all have declined to represent plaintiff. (See attached exhibits)

4. Plaintiff has been relying on the assistance other detainees to draft his complaint, and even to write this motion. (See attached affidavit) Assistance from others that are incarcerated is not a reliable means of assistance, because the legal competence of these individuals are naturally questionable.

5. Without appointed counsel plaintiff will be unable to conduct himself properly through the discovery process. For example, there is various evidence materials that plaintiff needs to obtain that are unavailable to him as a pretrial detainee. (This includes, but is not limited to, any video or audio materials in the possession of Sheriff Department of Cook County.

6. The Cook County Jail does not provide readily available legal assistance from

someone trained and familiar with the Federal
Rules of Civil Procedure. The only assistance the
jail provides is a process where the jail's
librarian answers a maximum of three requests
per week, per detainee; usually by translating
the detainee's request into a search that
is presented to the Lexis Nexis software
for a response. There's no personal consultation,
nor are detainee provided access to updated
"paper" legal materials.

7. Plaintiff is completely ignorant of the
the discovery rules.

8. Plaintiff's complaint does have merit.

9. Without professional legal representation,
plaintiff is without means to gain
meaningful access to the courts the to protect
his constitutional rights.

Plaintiff state's under penalty of perjury
pursuant to 28 U.S.C. 1746 that the
contents of this motion are true and cor-
rect to the best of his belief and knowledge

3 of 4

Wherefore, plaintiff humbly prays that the Honorable Court enters an order directing that counsel be appointed to represent plaintiff in this case.

Respectfully submitted,

Ayo Dunn, Plaintiff-Movant
20181017024
P.O. Box 089002
Chicago, IL
60608

4 of 4

# Affidavit

I, Kevin Hamilton, certify under penalty of perjury that the following statements are being made by me, and that these statements are both true and correct according to the best of my belief and knowledge.

1. I am a pretrial detainee at the Cook County Jail, and has been thus continuously detained from August 21, 2018. until the present date of July 18, 2019.

2. I am presently housed in Division 8 of the jail. on the tier 3C. Ayo Dunn was housed on this tier when he filed a complaint against a Sergeant Spears

3. When Ayo Dunn filed his complaint, he asked me to help him write the complaint because he did not know what to do. I did infact write the complaint for Ayo Dunn.

4. After the filing of his complaint, Ayo Dunn has been transferred to another tier.

1 of 2

5. Prior to last week (the week of July 8, 2019, I had not seen Ayo Dunn in approximately Four month.

6. By chance, I "ran" into Ayo Dunn Last week. At this time Ayo Dunn ask if I could assist him. I told him the most I could do at this time was write a motion For appointment of counsel.

7. I only have very limited formal education in paralegalism.

8. Due to the facts that Ayo Dunn and I live on separate tiers, I should be released from custody soon, I have limited legal training, and there is limited assess to legal assistance and material at the jail, I could not provide adequate assistance to Ayo Dun.

Respectfully submitted,
Kevin Hamilton
Kevin Hamilton-Affiant
20180821101
P.O. Box 089002
Chicago, IL
60608

Signed and
sworn to under
penalty of perjury
pursuant to 28 U.S.C. 1746

2 of 2

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

| | | |
|---|---|---|
| Ayo Dunn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   19 CV 553 |
| Sergeant Spears | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:        Shahjehan Ahmad, M.D.,  Cook County Health, 1900 West Polk Street, Chicago, Illinois 60612

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602 | Date and Time:<br>01/29/2020 10:00 am |
|---|---|---|

The deposition will be recorded by this method:    via Court Reporter

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   12/31/2020

*CLERK OF COURT*
                                                            OR
                                                                        /s/ Antonio Lee

_____                    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*        Cook County
_____ , who issues or requests this subpoena, are:

ASA Antonio Lee, 50 W. Washington, Room 500, Chicago, IL, 60602, antonio.lee@cookcountyil.gov, 312-603-5439

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 19 CV 553

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Shahjehan Ahmad, M.D.

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: via certified mail - by placing

in mail at 500 Richard J. Daley Center with proper postage prepaid before 5:00 p.m.

_____ on *(date)* 12/31/2020 ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/31/2020 _____
/s/ Antonio Lee
*Server's signature*

_____
Antonio Lee
*Printed name and title*
Assistant State's Attorney
50 W. Washington - Room 500
Chicago, Illinois 60602

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Illinois

| | |
|---|---|
| Ayo Dunn | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    19 CV 553 |
| Sergeant Spears | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:      Gregory R. Haman, M.D., Cook County Health, 1900 West Polk Street, Chicago, Illinois 60612

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| | |
|---|---|
| Place:   Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602 | Date and Time:<br>     01/30/2020 10:00 am |

The deposition will be recorded by this method:    via Court Reporter

❏ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/31/2020

         *CLERK OF COURT*

                                          OR

                                                  /s/ Antonio Lee

         *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Cook County

                                                     , who issues or requests this subpoena, are:

ASA Antonio Lee, 50 W. Washington, Room 500, Chicago, IL, 60602, antonio.lee@cookcountyil.gov, 312-603-5439

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  19 CV 553

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Gregory R. Haman, M.D.

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: via certified mail - by placing

in mail at 500 Richard J. Daley Center with proper postage prepaid before 5:00 p.m.

_____ on *(date)*   12/31/2020  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:    12/31/2020 _____

_____
/s/ Antonio Lee
*Server's signature*

Antonio Lee
*Printed name and title*
Assistant State's Attorney
50 W. Washington - Room 500
Chicago, Illinois 60602

*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Ayo Dunn | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.    19 CV 553 |
| Sergeant Spears | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:      Jamie Crothers,  Cook County Health, 1900 West Polk Street, Chicago, Illinois 60612

_(Name of person to whom this subpoena is directed)_

☑ _Testimony:_  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602 | Date and Time:<br>01/31/2020 10:00 am |
|---|---|

The deposition will be recorded by this method:    via Court Reporter

☐ _Production:_  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/31/2020

| _CLERK OF COURT_ | | |
|---|---|---|
| | OR | /s/ Antonio Lee |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_    Cook County
   , who issues or requests this subpoena, are:
ASA Antonio Lee, 50 W. Washington, Room 500, Chicago, IL, 60602, antonio.lee@cookcountyil.gov, 312-603-5439

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  19 CV 553

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Jamie Crothers

on *(date)*  _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows:  via certified mail - by placing

in mail at 500 Richard J. Daley Center with proper postage prepaid before 5:00 p.m.

_____  on *(date)*  12/31/2020  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/31/2020                              /s/ Antonio Lee
                                         _____
                                                *Server's signature*

                                              Antonio Lee
                                         _____
                                                *Printed name and title*
                                           Assistant State's Attorney
                                           50 W. Washington - Room 500
                                             Chicago, Illinois 60602

                                         _____
                                                *Server's address*

Additional information regarding attempted service, etc.:

Name: AYO DUNN
ID#: 20181017024
Div : 8 Tier: 3-C
P.O. Box 089002
Chicago, IL 60608





01/17/2020-30

2020 JAN 17 AM 7:55 AC

Office of
Clerk of the U.S. District Court
United States Court House
219 South DeaRBorn STReet
Chicago, ILLiNois 60604

**LEGAL MAIL**